Decided January 5, 2012

JERMAINE D. DEAS *v.* ENRIQUE C. DIAZ ET AL.

The petition by the defendant Transportation General, Inc., doing business as Metro Taxi, for certification for appeal from the Appellate Court, 132 Conn. App. 146 (AC 33030), is denied.

*Kevin W. Smith,* in support of the petition.

*John W. Mills,* in opposition.

Decided January 5, 2012

IN RE JUSTIN F. ET AL.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 33747/AC 33752) is dismissed.

*Anthony L.,* pro se, and *Kimberly L.,* pro se, in support of the petition.

Decided January 5, 2012

JOAN LAFRANCE *v.* DEAN W. LODMELL

The defendant's petition for certification for appeal from the Appellate Court (AC 33862) is denied.

*Wesley W. Horton* and *Daniel J. Krisch,* in support of the petition.

*Mark R. Soboslai,* in opposition.

Decided January 5, 2012